# Exhibit B

HW HOLMES WEINBERG PC

Michael J. Salvatore, Esq.
msalvatore@holmesweinberg.com

March 24, 2021

**Via Email Only**

Sky Coffee
P.O. Box 956242
Duluth, Georgia 30095
Email: kidsgottalentshowcase@gmail.com; xtremetalentschoolofarts@gmail.com

**Re: Your Infringing Use and Attempted Registration of KIDS GOT TALENT**

Dear Mr/s. Coffee:

This firm represents FremantleMedia North America, Inc. ("Fremantle"), the producer of the immensely popular television series AMERICA'S GOT TALENT®, as well as other talent shows based on Fremantle's AMERICAN IDOL® proprietary contest format, including, for example, BRITAIN'S GOT TALENT in England, and AUSTRALIA'S GOT TALENT in Australia. Fremantle is also an owner of, *inter alia*, the registered AMERICA'S GOT TALENT® mark for use in connection with entertainment services and related services and products, and of common law rights in the title of the show and the show's logos. Fremantle's exclusive rights are extremely valuable and it diligently protects those rights.

It has recently come to our client's attention that you are using and have applied to register the mark KIDS GOT TALENT (Stylized) for "national talent showcase and television show production featuring dancers, artists, models, acrobats, poets, bands, celebrities, and musicians," Serial No. 90576410 (the "Infringing Mark").

Your attempted registration and use of the Infringing Mark for a talent show, television series and related services and products violates Section 2(d) of the federal Trademark Act, and with respect to your use, state law. Specifically, the unique combination of words "_____ GOT TALENT" for entertainment services and related services and products mimics the AMERICA'S GOT TALENT® marks, and is likely to lead the relevant public to believe that there is some connection or association between KIDS GOT TALENT and AMERICA'S GOT TALENT®. This likelihood of confusion is the test for trademark infringement and unfair competition under federal and state laws, and thus is a violation of our client's exclusive and extremely valuable rights.

Accordingly, on behalf of Fremantle, we demand that you take the following actions by no later than **April 23, 2021**:

1. Withdraw with prejudice/expressly abandon your USPTO Application for the Infringing Mark, namely Serial No. 90576410;

2. Cease and desist permanently from all uses of the Infringing Mark and any other trademarks, service marks, names, designs, icons or branding likely to cause confusion with the AMERICA'S GOT TALENT® marks; and

3. Remove from all locations, including the Internet, any posters, signs, links or other material containing the Infringing Mark and any other trademarks, service marks, names, designs, icons or branding likely to cause confusion with the AMERICA'S GOT TALENT® marks.

We further request that you send written confirmation to my attention by **April 23, 2021**, that you have accomplished each of the foregoing demands. While our client will not hesitate to initiate legal action to protect its extremely valuable rights, we look forward to an amicable and efficient resolution that avoids the need for such action.

This letter is written without prejudice and specifically reserves to Fremantle all rights and remedies.

Sincerely,

Michael J. Salvatore

Cc: FremantleMedia North America, Inc.