# Exhibit D

HW HOLMES WEINBERG PC

Michael J. Salvatore, Esq.
msalvatore@holmesweinberg.com

June 24, 2021

**Via Email Only**

Sky Coffee
P.O. Box 956242
Duluth, Georgia 30095
Email: kidsgottalentshowcase@gmail.com; xtremetalentschoolofarts@gmail.com

**Re: Your Infringing Use and Attempted Registration of KIDS GOT TALENT**

Dear Mr/s. Coffee:

As you know, we have yet to receive a reply to our correspondence to you dated March 24, 2021 and May 5, 2021, copies of which are enclosed. Our client would appreciate your cooperation regarding this matter.

This letter is written without prejudice and specifically reserves to FremantleMedia all rights and remedies.
We look forward to your response.

Sincerely,

Michael J. Salvatore

Cc: FremantleMedia North America, Inc.