# Exhibit G

HW HOLMES WEINBERG PC

Michael J. Salvatore, Esq.
msalvatore@holmesweinberg.com

June 23, 2025

**Via Email Only**

Sky Coffee
P.O. Box 956242
Duluth, GA 30095
Email: kidsgottalentshowcase@gmail.com; xtremetalentschoolofarts@gmail.com

**Re: Your Infringing Use of KIDS GOT TALENT**

Dear Ms. Coffee:

As you know, we represent FremantleMedia North America, Inc. ("Fremantle"), an exclusive co-owner of the AMERICA'S GOT TALENT® marks. As you also know, the USPTO Trademark Trial and Appeal Board ("TTAB") issued a judgment against your USPTO Application for KIDS GOT TALENT (the "Infringing Mark"), namely USPTO App. Serial No. 90576410, on November 6, 2024, refusing your attempted registration of KIDS GOT TALENT for "Conducting entertainment exhibitions in the nature of a national talent showcase and television show production featuring dancers, artists, models, acrobats, poets, bands, celebrities, and musicians." Your Request for Reconsideration of this matter was denied by the TTAB on April 15, 2025.

In its judgment, the TTAB found that the Infringing Mark for the above services creates a likelihood of confusion with the AMERICA'S GOT TALENT® marks for entertainment services in the nature of an ongoing television talent show. This likelihood of confusion is the test for trademark infringement and unfair competition under both federal and state laws, and thus your continued use of the Infringing Mark is a continuing violation of our client's extremely valuable rights.

In light of the TTAB's finding of a likelihood of confusion between the Infringing Mark and our client's AMERICA'S GOT TALENT® marks, our client reiterates its demand that you rebrand your KIDS GOT TALENT showcase to a name that is not likely to cause confusion with the AMERICA'S GOT TALENT® marks. In that connection, we demand that you take the following actions by no later than **August 1, 2025**:

1. Cease and desist permanently from all uses of the Infringing Mark and/or any other trademarks, service marks, names, designs, icons, or branding likely to cause confusion with the AMERICA'S GOT TALENT® marks; and

2. Remove from all locations, including the Internet, any posters, signs, links, or other material containing the Infringing Mark and/or any other trademarks, service marks, names, designs, icons, or branding likely to cause confusion with the AMERICA'S GOT TALENT® marks.

We further request that you send written confirmation to my attention by no later than **August 1, 2025**, that you have accomplished each of the foregoing demands. We look forward to an amicable resolution of this matter.

This letter is written without prejudice and specifically reserves to Fremantle all rights and remedies.

Sincerely,

Michael J. Salvatore

Cc: FremantleMedia North America, Inc.