# Exhibit I

HW HOLMES WEINBERG PC

Michael J. Salvatore, Esq.
msalvatore@holmesweinberg.com

February 23, 2026

**Via Email Only**

Porter Sanford Theatre
1300 Commerce Drive
Decatur, Georgia 30030
Attn: Management
Email: 311CCC@dekalbcountyga.gov

**Re: Infringing Use of KIDS GOT TALENT at Porter Sanford Theatre**

To the Management:

We have not yet received a reply to our correspondence to you dated January 14, 2026, a copy of which is attached. Our client prefers an amicable resolution of this matter, and in that connection, it would appreciate a response.

This letter is written without prejudice and respectfully reserves to Fremantle all rights and remedies.

We look forward to hearing from you.

Sincerely,

Michael J. Salvatore

Cc: FremantleMedia North America, Inc.

HW HOLMES WEINBERG PC

Michael J. Salvatore, Esq.
msalvatore@holmesweinberg.com

March 23, 2026

**Via Email Only**

Porter Sanford Theatre
1300 Commerce Drive
Decatur, Georgia 30030
Attn: Management
Email: 311CCC@dekalbcountyga.gov

**Re: Infringing Use of KIDS GOT TALENT at Porter Sanford Theatre**

To the Management:

We have not yet received a reply to our correspondence to you dated January 14, 2026, and February 23, 2026, copies of which are attached. Our client prefers an amicable resolution of this matter, and in that connection, it would appreciate a response.

This letter is written without prejudice and respectfully reserves to Fremantle all rights and remedies.

We look forward to hearing from you.

Sincerely,

Michael J. Salvatore

Cc: FremantleMedia North America, Inc.