# Exhibit J

Kids Got Talent
http://www.kidsgottalent.org/index.php
Captured: 06 July 2026, 15:32:10

KIDS GOT TALENT
CONCERT & COMPETITION

SPONSORSHIP ▾ | GALLERY ▾ | TICKETS ▾ | REGISTRATION ▾ | STORE ▾ | CONTACT ▾






**TOOSIE**

Toosie is widely recognized as the founding father of viral dance. Since 2013, he has shaped internet culture by popularizing iconic moves like the Nae Nae and creating the blueprint for how dances go viral—long before TikTok. His influence extends beyond entertainment, empowering youth around the globe through creativity and movement.

Toosie's work caught the attention of major artists, including Drake, who collaborated with him on the global hit "Toosie Slide." His larger-than-life stage presence, simplified choreography, and ability to spark worldwide trends have solidified his place as a pioneer in the viral dance movement.



**ERIN KIRBY**

Erin Kirby is a young performer from Atlanta, Georgia. Erin began her career at age of 9 by being featured on Lifetime's television show "Kim of Queens". She has been recording original music since age 10. She plays guitar and piano and is currently working working on her EP. She has been featured in numerous acting roles and videos. Erin performs nationally at numerous events such as The Legendary Awards, Georgia Dome, Bridge da Gap Gala, Lisa Left Eye Foundation, The Legendary Awards, Gwinnett Braves, Atlanta Hawks, and opened for Colt Ford to name a few. She has done numerous Relay for Life events and loves giving back to her community. She has received 5 gold presidential pins for service in with various charities. Erin is working toward receiving her lifetime award for service.



**MEEK KELLZ**

Camille Kelley has been enchanting audiences since she was 10, taking the music world by storm with her talent and confidence. Born in Florida and now thriving in Atlanta, Camille's journey is a testament to her belief in dreams and hard work.

Dedicated to inspiring children, she champions the message that anything is possible. Her career is just beginning, and the world eagerly watches as she shines brightly on her path to greatness.



**SKYLAR MARIE**

Meet Skylar Marie, the dynamic 21-year-old sensation from Atlanta. Known for singing, rapping, dancing, modeling, and acting, Skylar's infectious energy and stage presence make her a true star. Her remarkable talents were evident even at age two, shining bright in dance recitals, winning beauty pageants, and capturing audiences everywhere. Skylar's career highlights include playing young Gabrielle Union in "Almost Christmas" at thirteen, modeling in music videos for Ayo and Teo's "Rolex" with Usher, and Matty B's "Can't Get You Off My Mind." She's also been featured in videos with artists like Asian Doll, N.L.E Choppa, and 21 Savage. Her performances span Kids Got Talent, BET Hip Hop Awards, Wild Fest, and more, sharing stages with stars like T.I. and Boosie. As a former Brand Ambassador for Cynthia Bailey's Cbvior line, Skylar's ventures include her own Skylar Marie Cosmetics, showcased on Bravo's Real Housewives of Atlanta. Stay tuned as Skylar Marie continues to shine across music, fashion, film, and TV. Keep an eye out for her positive movement and incredible talent!



**THE BACKPACK KID**

The popular dancer and entertainer who rose to fame as The Backpack Kid on social media. He's best known on Instagram for his bizarre dance moves and comedic content.



**BRIA ANAI**

Bria Anai is an American singer, songwriter, dancer, and actress born and raised in Decatur, GA. Bria began singing way before she could talk and has never stopped. Inspired by the likes of Beyoncé, Brandy, and Whitney Houston — Bria's voice has blossomed into a force that cannot be reckoned with. She has collaborated with various renowned producers such as Afro Steve (Tamar Braxton - Broken Record), D-Clax (Darkchild/SonyATV Affiliate), and K-Fam (Destiny's Child - TWOTW & Survivor). Through the years, she has learned her strengths and mastered her talent — competing in season 13 of American Idol as a semi-finalist, appearing on America's Got Talent, and X-Factor! As an actress Bria has stacked her credentials — starring in musicals and stage plays such as Dreamz, the 11th Hour, and Rimshot. In 2020, Bria graduated from Clark Atlanta University with her Bachelor of Arts in Music. She used her senior project to create her debut album, The Lessons of Love, which was released Fall 2023. She's currently working on her next project, which will feature production from budding Atlanta talent and the repertoire of previous producers she's collaborated with. As Bria is an unstoppable performer, through it all she remains gracious, humble, and invested in her dream of becoming a musical icon.

Captured by FireShot Pro: 06 July 2026, 03:32:10 PM
https://getfireshot.com

VISIT IG PAGE VISIT IG PAGE VISIT IG PAGE VISIT IG PAGE VISIT IG PAGE VISIT IG PAGE

## MEET THE JUDGES



**BARBARA MCKAY**
Media Personality & One of Charlotte's most popular and recognizable media personalities



**CHRIS BIVINS**
Television Producer and Director



**REGINA LOVE**
American Recording Artist, As Seen on NBC's The Voice, Vocal Coach, Actress



**IAN BURKE**
Legendary Music Consultant



**CAPPRICCIEO SCATES**
American Recording Industry Executive



**VICTORIA HENLEY**
Model & America's Next Top Model Alum, Radio Personality

## KIDS GOT TALENT

### OVERVIEW

KIDS GOT TALENT is a Talent Show that gives aspiring youth (Singers, Dancers, Musicians, Models, Actors, and Spoken Word Poets), ages 4–19, the opportunity to showcase their talents in front of major record labels, A&Rs, choreographers, talent agencies/managers, and TV execs. KIDS GOT TALENT is not only a way to break into the industry, but it's a safe, educational, family-oriented way to gain knowledge about the talent industry and connect with many professionals—all under one roof—giving you their undivided attention as you showcase your skills. After completing the audition process, selected talents will compete to win over $5,000 in cash, prizes, and other amazing opportunities. "KIDS GOT TALENT" has benefited the Boys and Girls Club, Cure Childhood Cancer, The Sickle Cell Foundation, and Xtreme Talent School of Arts, Inc. — "Helping to Make Dreams a Reality." Presented by Xtreme Talent School of Arts, Inc.
For interviews or press inquiries, contact: 470-207-9133

Local Kid Talent Competition Receives Major Recognition
Kids Got Talent is one of the largest independent talent competitions in the South! Kids from across the nation have journeyed to Atlanta, Georgia, for the chance to compete in the 3rd Annual Kids Got Talent Competition (KGT). Previously held at Gwinnett's Infinite Energy Center, the event has taken place at the state-of-the-art Porter Sanford Theater in Decatur, GA—just 15 minutes from Downtown Atlanta. Hosts Summerella (social media star) and Michael Majesty (film producer) brought the energy from 7–10 p.m.

Confirmed celebrity judges include Brandi Williams (Platinum Recording Artist, Blaque), Victoria Henley (America's Next Top Model), actor Brad James (Tyler Perry's *For Better or Worse*), and Sincerely Ward (E! Network's *WAGS*). Get ready for celebrity appearances by Tyler Williams (*The New Edition Story*), Stepp Stewart (Emmy-nominated choreographer), Myles Truitt (*KIN*), and more!

Kids Got Talent began as a humble showcase presented by Xtreme Talent School of Arts. Due to overwhelming response, KGT has evolved into a star-studded competition that has drawn attention from *America's Got Talent*, *MasterChef Junior*, *Little Big Shots*, Ludacris's *LudaFam Day*, and many others. KGT uses its platform to spread awareness and invites press and media to highlight its positive impact. Each year, KGT honors a local organization—last year, proceeds benefited CURE Childhood Cancer and supported Usher's New Look Foundation.

### MORE ABOUT KIDS GOT TALENT

KGT is a talent competition giving youth ages 4–19 the chance to perform in front of major industry professionals. With a safe and educational approach, KGT helps families navigate the entertainment industry. Following a rigorous 6-month audition process, 24 finalists will compete to win over $5,000 in prizes and the KGT crown!

For interview requests, event credentials, sponsorships, partnerships, and more information, please contact us. Visit KIDSGOTTALENT.ORG to join the movement!

Kids Got Talent
http://www.kidsgottalent.org/index.php
Captured: 06 July 2026, 15:32:10

© KIDS GOT TALENT. All rights reserved . Contact Us

Captured by FireShot Pro: 06 July 2026, 03:32:10 PM
https://getfireshot.com



**REGINA LOVE**
American Recording Artist, As Seen on NBC's The Voice, Vocal Coach, Actress



**IAN BURKE**
Legendary Music Consultant





(America's Next Top Model), actor Brad James (Tyler Perry's *For Better or Worse*), and Sincerely Ward (E! Network's *WAGS*). Get ready for celebrity appearances by Tyler Williams (*The New Edition Story*), Stepp Stewart (Emmy-nominated choreographer), Myles Truitt (*KIN*), and more!

Kids Got Talent began as a humble showcase presented by Xtreme Talent School of Arts. Due to overwhelming response, KGT has evolved into a star-studded competition that has drawn attention from *America's Got Talent*, *MasterChef Junior*, *Little Big Shots*, Ludacris's *LudaFam Day*, and many others. KGT uses its platform to spread awareness and invites press and media to highlight its positive impact. Each year, KGT honors a local organization—last year, proceeds benefited CURE Childhood Cancer and supported Usher's New Look Foundation.

## MORE ABOUT KIDS GOT TALENT

KGT is a talent competition giving youth ages 4–19 the chance to perform in front of major industry professionals. With a safe and educational approach, KGT helps families navigate the entertainment industry. Following a rigorous 6-month audition process, 24 finalists will compete to win over $5,000 in prizes and the KGT crown!

For interview requests, event credentials, sponsorships, partnerships, and more information, please contact us.



**CAPPRICCIEO SCATES**
American Recording Industry Exectuive



**OMARI BASHIR**
CEO of Uncut Muzik, LLC

Center, the event has taken place at the state-of-the-art Porter Sanford Theater in Decatur, GA—just 15 minutes from Downtown Atlanta. Hosts Summerella (social media star) and Michael Majesty (film producer) brought the energy from 7–10 p.m.

Confirmed celebrity judges include Brandi Williams (Platinum Recording Artist, Blaque), Victoria Henley (America's Next Top Model), actor Brad James (Tyler Perry's *For Better or Worse*), and Sincerely Ward (E! Network's *WAGS*). Get ready for celebrity appearances by Tyler Williams (*The New Edition Story*), Stepp Stewart (Emmy-nominated choreographer), Myles Truitt (*KIN*), and more!

Kids Got Talent began as a humble showcase presented by Xtreme Talent School of Arts. Due to overwhelming response, KGT has evolved into a star-studded competition that has drawn attention from *America's Got Talent*, *MasterChef Junior*, *Little Big Shots*, Ludacris's *LudaFam Day*, and many others. KGT uses its platform to spread awareness and invites press and media to highlight its positive impact. Each year, KGT honors a local organization—last year, proceeds benefited CURE Childhood Cancer and supported Usher's New Look Foundation.

**MORE ABOUT KIDS GOT TALENT**

KGT is a talent competition giving youth ages 4–19 the chance to perform in front of major industry

SPONSORSHIP | GALLERY | TICKETS | REGISTRATION | STORE | CONTACT

## ONLINE SHOP

We are excited to announce our NEW online shop, featuring our all new and official products! For a limited time, we will be offering FREE SHIPPING on all orders within the continental United States.

**PLEASE NOTE THAT ALL ITEMS ARE NON-REFUNDABLE UNLESS DEFECTIVE.**




### KIDS GOT TALENT OFFICIAL T-SHIRT ONLY $35

Capture the memory forever with our premium all-white t-shirt! Comes in both children and adult sizes.

SIZE

Youth Medium

BUY NOW




### KIDS GOT TALENT OFFICIAL DVD ONLY $45

Cherish every second of our amazing talent showcase. Play during holidays and other special occasions. Playable on standard DVD players and computers with DVD ROM.

BUY NOW

Captured by FireShot Pro: 29 July 2026, 02:20:03 PM
https://getfireshot.com

© KIDS GOT TALENT. All rights reserved . Contact Us